*Amalg. Transit Union Local 1384, Respondent, v. Kitsap Transit, Petitioner*, No. 91697-7. Petition for review of a decision of the Court of Appeals, No. 45687-7-II, April 14, 2015, 187 Wn. App. 113. *Denied* September 30, 2015.

*State, Respondent, v. Crosby, Petitioner*, No. 91700-1. Petition for review of a decision of the Court of Appeals, No. 44866-1-II, April 14, 2015, 187 Wn. App. 1001. *Denied* September 30, 2015.

*State, Respondent, v. Hibbard, Petitioner*, No. 91701-9. Petition for review of a decision of the Court of Appeals, No. 31520-7-III, April 14, 2015, 187 Wn. App. 1003. *Denied* September 30, 2015.

*State, Respondent, v. Manus, Petitioner*, No. 91702-7. Petition for review of a decision of the Court of Appeals, No. 45532-3-II, April 14, 2015, 187 Wn. App. 1002. *Denied* September 30, 2015.

*Hyde et al., Petitioners, v. Univ. of Wash. Med. Ctr. et al., Respondents*, No. 91703-5. Petition for review of a decision of the Court of Appeals, No. 70830-9-I, April 13, 2015, 186 Wn. App. 926. *Denied* September 30, 2015.

*Williams Place, LLC, Petitioner, v. Dep't of Transp., Respondent*, No. 91704-3. Petition for review of a decision of the Court of Appeals, No. 31681-5-III, April 14, 2015, 187 Wn. App. 67. *Denied* September 30, 2015.

*Quang Nguyen, Petitioner, v. Port of Seattle Police Dep't, Respondent*, No. 91705-1. Petition for review of a decision of the Court of Appeals, No. 70841-4-I, April 20, 2015, 187 Wn. App. 1004. *Denied* September 30, 2015.

*State, Respondent, v. Witte, Petitioner*, No. 91710-8. Petition for review of a decision of the Court of Appeals, No. 45720-2-II, April 7, 2015, 186 Wn. App. 1046. *Denied* September 30, 2015.